IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-72 (JRT/BRT) |
| | ) | Date: June 30, 2022 |
| Carlos Maurice Harris, Jr (2), | ) | Videoconference |
| | ) | Time Commenced: 1:19 p.m. |
| Defendant, | ) | Time Concluded: 1:29 p.m. |
| | ) | Time in Court: 10 minutes |

APPEARANCES:

Plaintiff: Harry Jacobs, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: April 20, 2022         Offense: felon in possession of a firearm

X Advised of Rights

on    X Indictment

X Defendant ordered detained per the detention hearing in the District of Nevada.

Next appearance date is Tuesday, July 5, 2022 at 10:30 a.m. before U.S. Magistrate Judge Tony N. Leung in Mpls CR 9W for:
  X Arraignment hrg

X Defendant reserves the right to re-open detention if circumstances change.
X Government moves to unseal entire case.        X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                    *s/nah*
                                                            Signature of Courtroom Deputy